UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 08-58749 |
| GOOD, SUSAN R., | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | Judge Caldwell |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS**

TO THE CLERK OF COURT:

The attached check in the amount of $140.16 cents represents the sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Midwest Verizon Wireless<br>P.O. Box 3397<br>Bloomington, IL 61701 | #5 | $140.16 |

| Total Unclaimed/Small<br>Dividends $25.00 or Under | | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|---|
| $ 0.00 | | $140.16 |

Dated: January 19, 2010            /s/   Myron N. Terlecky
                                     Myron N. Terlecky, Trustee